```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Naseef Bryan, Jr.

    v.                                                        Case No. 25-cv-12-SM

Kathleen Simenson

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated June 30, 2025.

The clerk shall enter Judgment and close the case.

So Ordered.

                                                               _/s/ Steven J. McAuliffe_
                                                               Steven J. McAuliffe
                                                                United States District Judge

Date: July 8, 2025

cc:   Naseef Bryan, pro se